Henry H. Lyman, as State Excise Commissioner v. John E. Dwyer and Forty Others. — Defendants' motion for judgment, etc., denied, and plaintiff's motion for stay granted.

Louisa A. Mead, Respondent, v. Harriet R. Heath, Appellant, Impleaded with Clara E. Godfrey and Others.—Judgment affirmed, with costs. No opinion. All concurred.

Anna Moran, Respondent, v. The Village of Fort Edward, Appellant.—Judgment and order affirmed, with costs. No opinion. All concurred.

In the Matter of the Application of Roderick Morrison and George W. Van Allen to Discontinue a Highway in the Town of Bethel, Sullivan County, N. Y.—Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Martha Palmer, Respondent, v. Helen C. Palmer and Others, Defendants; Martin Dwight Palmer and Others, Appellants.—Judgment affirmed, with costs. No opinion. All concurred.

The People of the State of New York ex rel. William J. Matheson & Co. (Limited), Relator, v. James A. Roberts, as Comptroller of the State of New York, Respondent.—Determination of the Comptroller confirmed, with fifty dollars costs and disbursements. No opinion. All concurred.

Matilda H. Reynolds, Appellant, v. The Westchester Fire Insurance Company and Arthur W. Sherman, Respondents.—Judgment affirmed, with costs. No opinion. All concurred.

Mary Sheehan, an Infant, by Dennis Sheehan, Guardian ad Litem, Respondent, v. Mary Wait, Appellant.—Judgment and order affirmed, with costs. No opinion. All concurred.

Edward O. Smith, by M. Louisa Smith, his Guardian, Respondent, v. Henry Bedeau, Appellant.—Judgment affirmed, with costs. No opinion. All concurred.

Rosa Brown, Respondent, v. The German Sick and Aid Society of Rondout, Appellant.—Judgment and order affrmed, with costs. No opinion. All concurred.

Jed H. Griffin, Appellant, v. William Barton, Respondent.—Judgment affirmed, with costs. No opinion. All concurred.

Guy Lamkin and Alfred S. Foster, Respondents, v. Harris Rosenthal, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

In the Matter of the Judicial Settlement of the Accounts of J. Spencer Hosford and Edward P. Van Alstyne, as Executors of the Last Will of Barent Van Alstyne, Deceased.—Decision modified so as to read "Decree reversed, new trial or hearing, before the surrogate. granted, costs of this appeal to the appellant payable out of the estate."

In the Matter of the Probate of the Will of Jane E. Lansing.—Decision modified so as to read, "So much of the decree as was appealed from, to wit, the order therein directing that letters testamentary be issued to the persons therein named, affirmed, with ten dollars costs and disbursements."